IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:22-CV-00156-M

| | |
|---|---|
| SARAH FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| US GOVERNMENT, et al., | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on a Memorandum and Recommendation (hereinafter "M&R") of United States Magistrate Judge Robert T. Numbers dated May 4, 2022 [DE 4] and a M&R dated November 28, 2022 [DE 12] to dismiss Plaintiff's Complaint [DE 1-1, DE 5] and Motion to Amend Complaint [DE 10]. Plaintiffs did not file objections to the M&R. The matter is ripe for ruling.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (emphasis, alteration, and quotations omitted); *see* 28 U.S.C. § 636(b). Absent timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond*, 416 F.3d at 315 (citation and quotations omitted).

The court has reviewed the M&Rs and the record in this case and is satisfied that there is no clear error on the face of the record. Accordingly, the court ADOPTS the M&R [DE 12] and for the reasons stated therein ORDERS as follows:

1. Plaintiff's Motion to Amend Complaint [DE 10] is DENIED;

2. Plaintiff's Complaint [DE 1-1, DE 5] is DISMISSED without prejudice;

SO ORDERED this 30th day of December, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE