UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SARAH FORD, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:22-CV-156-M** |
| US GOVERNMENT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the M&Rs and the record in this case and is satisfied that there is no clear error on the face of the record. Accordingly, the court ADOPTS the M&R [DE 12] and for the reasons stated therein ORDERS that Plaintiff's Motion to Amend Complaint [DE 10] is DENIED; Plaintiff's Complaint [DE 1-1, DE 5] is DISMISSED without prejudice.

This Judgment filed and entered on December 30, 2022, and copies to:
Sarah Ford (via U.S. Mail to 412 Hudson Ct., Cary, NC 27511)

December 30, 2022

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_
Deputy Clerk